# Exhibit A



Tom Melly <tom.melly@klinehill.com>

## Fwd: iCapital referral - secondary PE interests sale
1 message

**Mike Bego** <mike.bego@klinehill.com>
To: Thomas Melly <tom.melly@klinehill.com>

Tue, Feb 27, 2018 at 2:57 PM

Hi Tom -

Could you see what is going on here? I didn't quite follow.

Thanks,
Mike

---------- Forwarded message ----------
From: **Bernard Abdo** <bernardabdo@gmail.com>
Date: Friday, February 23, 2018
Subject: iCapital referral - secondary PE interests sale
To: mike.bego@klinehill.com

Mike,

The iCapital guys suggested I reach out to see if you had a bid for the following private equity fund positions. These are held in a Swiss Private bank account.

1- USD 10 Mio commitment in secondary opportunity fund 3, cum call 70.4%
2- USD 5 Mio commitment in Apollo credit select access fund Int,cum call 83.22%

I have the relevant latest fund reports and client statements if this is of interest.  Please let me know.

Regards, Bernard Abdo
9176972777

--

Michael A. Bego
**Kline Hill Partners LP**
125 Mason St.  |  Greenwich  |  CT 06830
Direct:  +1-203-340-2463  |  Mobile: +1-917-882-7543
mike.bego@klinehill.com

Blog: Private Equity Secondaries
Providing liquidity for private equity



The material in this e-mail may not be reproduced, copied or altered in any way; and it may not be forwarded or provided to any other party. This message is intended only for the personal and confidential use of the designated recipient(s) named above  If you are not the intended recipient of this message you are hereby notified that you have received this message in error and any review, dissemination, distribution or copying of this

message is strictly prohibited. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list."   If you have received this message in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Kline Hill Partners LP or any affiliate thereof.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.