# Exhibit D



Tom Melly <tom.melly@klinehill.com>

## Urgent call today pls
1 message

**Bernard Abdo** <bernard.abdo@8f-am.com>　　　　　　　　　　　　　　Mon, May 7, 2018 at 9:23 AM
To: Tom Melly <tom.melly@klinehill.com>, emelendez@icapitalnetwork.com, lhawbaker@icapitalnetwork.com, elie.chamat@decisive.com, maryam.hakimi@decisive.com
Cc: stephane.farouze@8f-am.com

All - can we pls have a call w seller's advisor today pls re the SOFIII share transfer.

Engelbert/Lyman- id like you to pls just reiterate to Elie and Maryam the process and how you understand the urgency (as we had discussed last week). But it's also important for Elie/Maryam to explain on their side the timing issue. And let's have a plan to execute the transfer with everyone clearly understanding the process.

Tom- also it would be good for Elie/Maryam to hear from you directly that you're prepared to move as quickly as possible.

Pls let me know what time is good. Note that Elie and Maryam are on Geneva time.

Regards, Bernard