# Exhibit G



Danielle Buccola <danielle.buccola@klinehill.com>

## Kline Hill Partners Fund II LP transfers into Secondary Opportunities Fund III Private Client Feeder Fund LP

Kline Hill Reporting <reporting@klinehill.com>  
To: nfraser@icapitalnetwork.com  
Cc: Danielle Buccola <danielle.buccola@klinehill.com>

Tue, Aug 6, 2019 at 2:10 PM

Dear Nicholas,

Thank you so much for helping us with the recent transfers into Secondary Opportunities Fund III Private Client Feeder Fund LP. We are very pleased to be new limited partners in the fund and are looking forward to getting to know your firm better. When is your next annual meeting? We would look forward to meeting your team there.

As part of our bookkeeping, we kindly ask if you would confirm the effective date of the transfers and the following cash flows related to the interest our fund, Kline Hill Partners Fund II LP, acquired from the sellers listed below. In our transfer process these cash flows have an affect on how we book the transaction. Were there any additional capital calls or distributions other than the ones listed below from each respective record date through today's date:

**Secondary Opportunities Fund III Private Client Feeder Fund LP**  
Seller: Multiple sellers, listed below  
Record Date: 9/30/2017

**Distributions:**  
01/28/2018  $ 424,089.00  (HRH Khaled Bin Sultan Bin Abdulaziz AlSaud)  
01/28/2018  $ 424,089.00  (Estate of HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled)  
06/01/2018  $ 120,931.00  (KHU 1)  
06/01/2018  $ 120,931.00  (KHU 2)  
10/04/2018  $ 151,072.00  
12/28/2018  $ 229,834.00  
01/25/2019  $ 379,935.00  
07/02/2019  $ 493,374.00  

**Capital Calls:**  
10/27/2017  $ 306,500.00  (HRH Khaled Bin Sultan Bin Abdulaziz AlSaud)  
10/27/2017  $ 306,500.00  (Estate of HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled)  
02/22/2018  $ 178,380.00  (HRH Khaled Bin Sultan Bin Abdulaziz AlSaud)  
02/22/2018  $ 178,380.00  (Estate of HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled)  
06/01/2018  $ 205,000.00  (KHU 1)  
06/01/2018  $ 205,000.00  (KHU 2)  
10/04/2018  $ 530,000.00  
12/28/2018  $ 112,750.00  
01/25/2019  $ 85,532.00  
07/02/2019  $ 389,500.00  

**Secondary Opportunities Fund III Private Client Feeder Fund LP**  
Seller: Richard J. Connaughton  
Record Date: 12/31/2017

**Distributions:**  
01/30/2018  $ 5,700.00  
03/22/2018  $ 10,279.00  
06/01/2018  $ 6,047.00  

**Capital Calls:**  
01/30/2018  $ 250.00  
02/22/2018  $ 8,919.00  
06/01/2018  $ 10,250.00  
10/09/2018  $ 9,473.00  

If there is any additional information needed from us please don't hesitate to reach out. Thank you again for your help.

Best regards,

Eric Giorno  
**Kline Hill Partners**  
325 Greenwich Avenue, 3rd Floor |  Greenwich | CT 06830  
Direct: +1-203-344-5369

The material in this e-mail may not be reproduced, copied or altered in any way; and it may not be forwarded or provided to any other party. This message is intended only for the personal and confidential use of the designated recipient(s) named above  If you are not the intended recipient of this message you are hereby notified that you have received this message in error and any review, dissemination, distribution or copying of this message is strictly prohibited. If you do not wish to receive commercial emails from me in the future and like to "Opt-Out" please reply to this email with subject "remove me from your list."  If you have received this message in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Kline Hill Partners LP or any affiliate thereof.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.