# Exhibit H



Danielle Buccola <danielle.buccola@klinehill.com>

---

## Kline Hill Partners Fund II LP transfers into Secondary Opportunities Fund III Private Client Feeder Fund LP

**Nicholas Fraser** <nfraser@icapitalnetwork.com>  Wed, Aug 14, 2019 at 1:50 PM
To: Kline Hill Reporting <reporting@klinehill.com>
Cc: Danielle Buccola <danielle.buccola@klinehill.com>, Tatiana Esipovich <tesipovich@icapitalnetwork.com>, Joanie O'Grady <jogrady@icapitalnetwork.com>

Hi Eric,

See attached with my reconciliation for the cashflows from the each respective record date through today.

I have cc'd my colleague, Tatiana, who will be able to set up an update call with you regarding the current position of SOF III.

-Nick



**Nicholas J Fraser**

Vice President

Phone: 212-994-7336

Email: nfraser@icapitalnetwork.com

One Grand Central Place

60 East 42nd Street, 26th Floor

New York, NY 10165

www.icapitalnetwork.com



Selected for Forbes Fintech 50 2018 & 2019*

---

This email message and any attachments are being sent by iCapital Network, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Please see this disclaimer for further information. Securities may be offered through iCapital Securities, LLC, a registered broker/dealer, member FINRA and SIPC, and subsidiary of iCapital Network.

*Awards, rankings and/or recognition by unaffiliated rating services and/or publications should not be construed by a client or prospective client as a guarantee that he or she will experience a certain level of results if Institutional Capital Network Inc. ("iCapital") is engaged, nor should it be construed as a current or past endorsement of iCapital by any of its clients.

[Quoted text hidden]

 SOF III Cashflow Reconciliation.xlsx
23K

**Secondary Opportunities Fund III Private Client Feeder Fund LP**
Seller: Multiple sellers, listed below
Record Date: 9/30/2017

| Transfer Date: | Effective 1/1/2018 | Completed 5/31/2018 | |
|---|---|---|---|
| | KHU 1 | KHU 2 | Kline Hill |
| **Distributions:** | | | |
| 01/28/2018 | 424,089.00 | 424,089.00 | |
| 06/01/2018 | 120,931.00 | 120,931.00 | |
| 10/04/2018 | | | 151,072.00 |
| 12/28/2018 | | | 229,834.00 |
| 01/25/2019 | | | 379,935.00 |
| 07/02/2019 | | | 493,374.00 |
| | | | |
| **Capital Calls:** | | | |
| 10/27/2017 | 306,500.00 | 306,500.00 | |
| 02/22/2018 | 178,380.00 | 178,380.00 | |
| 06/01/2018 | 205,000.00 | 205,000.00 | |
| 10/04/2018 | | | 530,000.00 |
| 12/28/2018 | | | 112,750.00 |
| 01/25/2019 | | | 85,532.00 |
| 07/02/2019 | | | 389,500.00 |

**Secondary Opportunities Fund III Private Client Feeder Fund LP**
Seller: Richard J. Connaughton
Record Date: 12/31/2017

| Transfer Date: | Effective 7/1/2018 | Completed 10/5/2018 |
|---|---|---|
| **Distributions:** | | |
| 01/30/2018 | 5,700.00 | |
| 03/22/2018 | 10,279.00 | |
| 06/01/2018 | 6,047.00 | |
| | | |
| **Capital Calls:** | | |
| 01/30/2018 | 250.00 | |
| 02/22/2018 | 8,919.00 | |
| 06/01/2018 | 10,250.00 | |
| 10/09/2018 | 9,473.00 | |

**iCap Reconciliation**

| Date | KHU 1 | KHU 2 | Kline Hill | |
|---|---|---|---|---|
| 1/30/2018 | 424,089.00 | 424,089.00 | | |
| 3/22/2018 | 204,411.00 | 204,411.00 | | |
| 6/1/2018 | 120,931.00 | 120,931.00 | | |
| 10/8/2018 | | | 151,072.00 | |
| 12/28/2018 | | | 229,834.00 | includes commitment transferred from Connaughton |
| 1/25/2019 | | | 379,935.00 | includes commitment transferred from Connaughton |
| 7/2/2019 | | | 493,374.00 | includes commitment transferred from Connaughton |
| 8/8/2019 | | | 228,929.00 | includes commitment transferred from Connaughton |
| | | | | |
| 10/27/2017 | 306,500.00 | 306,500.00 | | |
| 1/30/2018 | 5,000.00 | 5,000.00 | | |
| 2/22/2018 | 178,380.00 | 178,380.00 | | |
| 6/1/2018 | 205,000.00 | 205,000.00 | | |
| 10/8/2018 | | | 530,000.00 | |
| 12/28/2018 | | | 112,750.00 | includes commitment transferred from Connaughton |
| 1/25/2019 | | | 85,532.00 | includes commitment transferred from Connaughton |
| 7/2/2019 | | | 389,500.00 | includes commitment transferred from Connaughton |

| Date | Connaughton |
|---|---|
| 1/30/2018 | 5,700.00 |
| 3/22/2018 | 10,279.00 |
| 6/1/2018 | 6,047.00 |
| 10/8/2018 | 3,777.00 |
| | |
| 1/30/2018 | 250.00 |
| 2/22/2018 | 8,919.00 |
| 6/1/2018 | 10,250.00 |
| 10/8/2018 | 13,250.00 |