UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KLINE HILL PARTNERS FUND II LP<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HRH KHALED BIN SULTAN ABDULAZIZ AL SAUD, A SAUDI INDIVIDUAL, AND THE ESTATE OF THE LATE HRH PRINCESS M.B.A.B.M.A.S., ACTING THROUGH HRH PRINCE KHALED BIN SULTAN ABDULAZIZ AL SAUD, and DECISIVE WEALTH, S.A.<br><br>　　　　　Defendants | Civil Action No. 3:20-cv-00351-VLB<br><br><br><br><br><br><br><br><br><br><br><br><br><br>JUNE 3, 2021 |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND
ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT DECISIVE WEALTH, S.A.
<u>N/K/A DECISIVE CAPITAL MANAGEMENT SA</u>**

　　　　Pursuant to Fed. R. Civ. P. 55(a) and Fed. R. Civ. P. 55(b), the Plaintiff, Kline Hill Partners Fund II LP ("Kline Hill"), respectfully moves for entry of a default and entry of a default judgment against Defendant Decisive Wealth, S.A. n/k/a Decisive Capital Management SA ("Decisive"), for its failure to plead or otherwise defend in this action, and represents as follows:

　　　　1.　　On March 4, 2021, the undersigned counsel for the Plaintiff received proof of service from APS International Ltd., certifying that the summons, complaint and other documents listed in the proof of service were served on Decisive on October 16, 2020, at its office in Geneva, Switzerland.  Service was

made in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, pursuant to Fed. R. Civ. P. 4(f)(1), as made applicable by Fed. R. Civ. Pro. 4(h)(2).  *See* Doc. Nos. 17, 18 and 19 filed in this action.

2. Despite having been duly served with the summons and complaint on October 16, 2020, to date Decisive has failed and refused to appear, plead or otherwise defend in this action.

Accordingly, Plaintiff Kline Hill respectfully moves for entry of a default pursuant to Fed. R. Civ. P. 55(a) and entry of a default judgment pursuant to Fed. R. Civ. P. 55(b) against Decisive Wealth, in accordance with the accompanying Memorandum of Law and Affidavit of Thomas Melly.

**KLINE HILL PARTNERS FUND II LP,**

By Its Attorneys,

/s/ Calvin K. Woo
Calvin K. Woo
Federal Bar No. ct24497
VERRILL DANA LLP
355 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Tel:  (203) 222-0885
Fax:  (203) 226-8025
Email:  cwoo@verrill-law.com

Daniel J. Dwyer
Federal Bar No. phv10641
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02110
Tel:  (617) 309-2600
Fax:  (617) 309-2601
Email:  ddwyer@verrill-law.com

## **CERTIFICATION**

I hereby certify that on June 3, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on June 3, 2021, a copy of the foregoing was served by Federal Express on defendant Decisive Wealth, S.A. n/k/a Decisive Capital Management SA, as follows:

Decisive Wealth, S.A.
n/k/a Decisive Capital Management SA
Rue du Rhone 78
1204 Geneva
SWITZERLAND

    /s/ Calvin K. Woo
    **Calvin K. Woo, Esq.**
    **Federal Bar No. ct24497**
    **VERRILL DANA LLP**
    **355 Riverside Avenue**
    **P.O. Box 5116**
    **Westport, CT  06881**
    **Tel: 203-222-0885**
    **Fax: 203-226-8025**
    **Email:  cwoo@verrill-law.com**

14848701_1