UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KLINE HILL PARTNERS FUND II LP <br><br> Plaintiff, <br><br> v. <br><br> HRH KHALED BIN SULTAN ABDULAZIZ AL SAUD, A SAUDI INDIVIDUAL, AND THE ESTATE OF THE LATE HRH PRINCESS M.B.A.B.M.A.S., ACTING THROUGH HRH PRINCE KHALED BIN SULTAN ABDULAZIZ AL SAUD, and DECISIVE WEALTH, S.A. <br><br> Defendants | Civil Action No. 3:20-cv-00351-VLB <br><br><br><br><br><br><br><br><br><br> MAY 25, 2021 |

AFFIDAVIT OF THOMAS MELLY
IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND
ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT DECISIVE WEALTH, S.A.
<u>N/K/A DECISIVE CAPITAL MANAGEMENT SA</u>

STATE OF CONNECTICUT    )
                         )  ss: Greenwich
COUNTY OF FAIRFIELD      )

Thomas Melly, being duly sworn, deposes and says:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am a Member of KHP Fund GP II LLC, general partner of Kline Hill Partners Fund II LP, the plaintiff in the above-captioned action ("Kline Hill" or "Plaintiff").

3. The information contained herein is true and correct based upon my own personal knowledge and the books and records available to me and otherwise is true to the best of my knowledge and belief.

4. I submit this Affidavit in support of Plaintiff's Motion for Entry of Default and Entry of Default Judgment Against Defendant Decisive Wealth, S.A. n/k/a Decisive Capital Management SA ("Decisive").

5. Plaintiff Kline Hill was the buyer of certain limited partnership interests owned by Defendant His Royal Highness, Prince Khaled Bin Sultan Abdulaziz Al Saud ("Prince Khaled"), pursuant to an Agreement of Purchase and Sale, executed as of April 27, 2018 ("Agreement"). A copy of the Agreement is attached hereto as Exhibit 1. Prince Khaled owned half of his interests in his own name and the other half as administrator of the Estate of the Late HRH Princess M.B.A.B.M.A.S, a deceased member of the Saudi royal family.

6. The Agreement established a procedure for valuing the interests at closing, which procedure accounted for capital contributions and distributions prior to sale. The Agreement also required the seller to notify buyer, at least three days prior to closing, of any corrections to the calculation of the purchase price. The purpose of these provisions was to avoid any overcharge by the seller or underpayment by the buyer.

7. Decisive is a private wealth management firm with a principal place of business in Geneva, Switzerland. Decisive served as Prince Khaled's manager in the transaction. On the Prince's behalf, Decisive delivered a pre-closing notice

2

to Kline Hill on or about May 29, 2018. A true and correct copy of the pre-closing notice is attached hereto as Exhibit 2.

8. The pre-closing notice failed to disclose distributions of $408,822 to Prince Khaled and thereby overstated Kline Hill's purchase price by the same amount.

9. Kline Hill paid the overstated price by wiring funds, as Decisive instructed, to three Swiss accounts. Specifically, Decisive directed Kline Hill, by e-mail, to wire its $5,786,694 purchase money as follows: $2,250,000 to an account at Deutsche Bank, Geneva, Switzerland, in the name of the Estate of the late HRH Princess M.B.A.B.M.A.S.; $2,250,000 to an account at Deutsche Bank, Geneva, Switzerland, in the name of HR Khaled Bin Sultan Abdulaziz Al Saud; and $1,286,694 to an account at Barclays Bank (Suisse) S.A., also in Geneva, in the name of the Decisive Wealth S.A. See Exhibit 3 attached hereto.

10. Kline Hill was unable to discover the overcharge until after it took delivery of the Prince's interests.

11. The Agreement provided for such an event by requiring the parties to correct for overcharges or underpayments discovered after closing. Kline Hill has repeatedly asked to be repaid. To date, Prince Khaled and Decisive have failed and refused to do so and the amount of $408,822 remains wholly unpaid.

12. Plaintiff Kline Hill seeks compensatory damages in the amount of $408,822.00, which is based on the overcharge it paid as a result of Decisive's misrepresentations concerning the purchase price and its subsequent deliberate failure to correct and repay this.

3

13. In addition, Kline Hill seeks pre-judgment interest at the rate of 10% per annum from the date when Kline Hill made the overpayment due to Decisive's misrepresentation, May 31, 2018, through May 12, 2021, totaling $120,630.49, pursuant to *Conn. Gen. Stat.* § 37-3.

14. Plaintiff therefore seek damages in the total amount of $540,569.69, consisting of:

    a. Compensatory damages: $408,822

    b. Prejudgment interest: $120,630.49

    c. Costs: $11,117.20[1]

Executed on May 25, 2021.

*[signature]*

**THOMAS MELLY**

Subscribed and sworn to before me on this the 25 day of May 2021.

*[signature: Danielle Buccola]*

**Notary Public**

**My Commission Expires:** _____

DANIELLE V. BUCCOLA
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 1/31/2022

*[notary seal]*

---

[1] Costs include $9,065.20 incurred to effect service on Decisive under the Hague Convention and $2,052 incurred for attempted service upon Prince Khaled. See Ex. 4 attached hereto.

## **CERTIFICATION**

I hereby certify that on June 3, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on June 3, 2021, a copy of the foregoing was served by Federal Express on defendant Decisive Wealth, S.A. n/k/a Decisive Capital Management SA, as follows:

Decisive Wealth, S.A.
n/k/a Decisive Capital Management SA
Rue du Rhone 78
1204 Geneva
SWITZERLAND

/s/ Calvin K. Woo
Calvin K. Woo, Esq.
Federal Bar No. ct24497
VERRILL DANA LLP
355 Riverside Avenue
P.O. Box 5116
Westport, CT  06881
Tel: 203-222-0885
Fax: 203-226-8025
Email:  cwoo@verrill-law.com

14887529