# **Exhibit 2**

**Khaled bin Sultan bin Abdulaziz**
*Private Office*




Kline Hill Partners
125 Mason Street
Greenwich, CT 06830
Attn: Danielle Buccola

May 29, 2018

Re: **Pre-Closing Notice**

Ladies and Gentlemen:

Reference is hereby made to the Agreement of Purchase and Sale, dated as of April 27, 2018 (the "Agreement"), as amended from time to time, by and between Kline Hill Partners Fund II LP ("Buyer") and HR Khaled Bin Sultan Abdulaziz Al Saud and Estate of the late HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled (each a "Seller" and together the "Sellers"). Capitalized terms used herein but not defined herein shall have the respective meanings given to such terms in the Agreement.

In accordance with Section 3(b) of the Agreement, notice is hereby given that, subject to the satisfaction of all closing conditions set forth in Sections 8 and 9 of the Agreement, the Interests set forth on Exhibit A hereto shall be transferred on or about May 31, 2018 (the "Closing Date"). The Allocated Portion of the Purchase Price relating to such Interests, as adjusted pursuant to Section 4 of the Agreement, is set forth on Exhibit A hereto and shall be paid by Purchaser to Seller by wire transfer on the Closing Date in accordance with wiring instructions set forth on Schedule IV to the Agreement.

The Sellers further provide notice that the Allocated Portion of the Purchase Price for such Interests is to be sent to the Sellers in accordance with the wire instructions set forth on Exhibit B attached hereto.

**HR Khaled Bin Sultan Abdulaziz Al Saud**

By: _____
Name: **HRH Prince Khaled Bin Sultan Bin Abdulaziz Al Saud**

**Estate of the late HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled**

By: _____
Name: **HRH Prince Khaled Bin Sultan Bin Abdulaziz Al Saud**

Exhibit A

(Figures in USD)

| Name of Seller | Name of Partnership | Capital Commitment | Allocated Portion of the Purchase Price (as of the Cut Off Date) | Distributions after the Cut Off Date | Funded Capital Commitments after the Cut Off Date | Net Purchase Price Allocation |
|---|---|---|---|---|---|---|
| HR Khaled Bin Sultan Abdulaziz Al Saud | Secondary Opportunities Fund III Private Client Feeder Fund L.P. | $5,000,000 | $1,850,000 | $424,089 | $1,469,936 | $2,895,847* |
| Estate of the late HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled | Secondary Opportunities Fund III Private Client Feeder Fund L.P. | $5,000,000 | $1,850,000 | $424,089 | $1,469,936 | $2,895,847* |
| Total: | | | $3,700,000 | $848,178 | $2,939,872 | $5,791,694 |

*Net Purchase Price Allocation to be paid to each Seller to be reduced by $2,500 to cover such Seller's share of Partnership expenses previously paid by Buyer, so the amount to be paid to each Seller shall be $2,893,347.

## Exhibit B

### Wire Instructions

Seller: HR Khaled Bin Sultan Abdulaziz Al Saud

| | |
|---|---|
| Amount: | $2,250,000 |
| Name of Bank: | Deutsche Bank (Suisse) SA |
| Address of Bank: | Place des Bergues 3, 1211 Genève |
| ABA #: | DEUTCHGGXXX |
| Account #: | ███████████ |
| Account Name: | HR Khaled Bin Sultan Abdulaziz AlSaud |

| | |
|---|---|
| Amount: | USD 1'286'694 |
| Name of Bank: | Barclays Bank (Suisse) SA |
| Address of Bank: | Chemin de Grange-Canal 18-20 |
| ABA #: | BARCCHGG |
| Account #: | ███████████ |
| Account Name: | Decisive Wealth SA |

Seller: Estate of the late HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled

| | |
|---|---|
| Amount: | $2,250,000 |
| Name of Bank: | Deutsche Bank (Suisse) SA |
| Address of Bank: | Place des Bergues 3, 1211 Genève |
| ABA #: | DEUTCHGGXXX |
| Account #: | ███████████ |
| Account Name: | Estate of the late HRH Princess M.B.A.B.M.A.S. acting through HRH Prince Khaled |