# **Exhibit 3**



## OUTGOING WIRE INQUIRY

Wire Details

| | |
|---|---|
| **Wire Type:** | USD (U.S. Dollar Account Wire) |
| **Silicon Valley Bank Transaction ID:** | 2018053112232930 (This is an internal SVB tracking number) |

### Wire Information

| | |
|---|---|
| **Debit Account:** | Kline Hill Partners Fund II ***1590 |
| **Processing Date:** | 05/31/2018 |
| **Entered by:** | Victoria Fosina |
| **Approver 1:** | Michael A. Bego |
| **Approver 2:** | N/A |
| **Status:** | Sent |
| **Transaction Amount :** | 2,250,000.00 USD |
| **Payment Method:** | Wire |

### Beneficiary Details

| | |
|---|---|
| **IBAN:** | ▉▉▉▉▉▉▉▉▉▉ |
| **Beneficiary Name:** | HR Khaled Bin Sultan |
| **Beneficiary Address:** | Adbulaziz AlSaud |
| | Place des Bergues 3, 1211 Geneve |

### Beneficiary Bank Details

| | |
|---|---|
| **Beneficiary Bank Name:** | DEUTSCHE BANK (SUISSE) SA - PRIVATE BANKING - |
| **Bank City and State:** | GENEVA |
| **Bank Country:** | Switzerland |
| **ABA or SWIFT Code:** | DEUTCHGG |

### Remittance Information/Payment Instructions

**Originator-to-Beneficiary Instructions:**

### Bank-to-Bank Instructions

**Bank-to-Bank Instructions:**

### Intermediary Bank Instructions

**Intermediary Bank ID:**
**Intermediary Name:**
**Intermediary Address:**

Back

© 2018 SVB Financial Group    Legal Disclosures    SVB.com



## OUTGOING WIRE INQUIRY

Wire Details

| | |
|---|---|
| **Wire Type:** | USD (U.S. Dollar Account Wire) |
| **Silicon Valley Bank Transaction ID:** | 2018053112237037 (This is an internal SVB tracking number) |

### Wire Information

| | |
|---|---|
| **Debit Account:** | Kline Hill Partners Fund II ***1590 |
| **Processing Date:** | 05/31/2018 |
| **Entered by:** | Victoria Fosina |
| **Approver 1:** | Jared R. Barlow |
| **Approver 2:** | N/A |
| **Status:** | Sent |
| **Transaction Amount :** | 2,250,000.00 USD |
| **Payment Method:** | Wire |

### Beneficiary Details

| | |
|---|---|
| **IBAN:** | [redacted] |
| **Beneficiary Name:** | [redacted] |
| **Beneficiary Address:** | M.B.A.B.M.A.S. acting through HRH Prince Khaled Place des Bergues 3, 1211 Geneve |

### Beneficiary Bank Details

| | |
|---|---|
| **Beneficiary Bank Name:** | DEUTSCHE BANK (SUISSE) SA - PRIVATE BANKING - |
| **Bank City and State:** | GENEVA |
| **Bank Country:** | Switzerland |
| **ABA or SWIFT Code:** | DEUTCHGG |

### Remittance Information/Payment Instructions

**Originator-to-Beneficiary Instructions:**

### Bank-to-Bank Instructions

**Bank-to-Bank Instructions:**

### Intermediary Bank Instructions

**Intermediary Bank ID:**
**Intermediary Name:**
**Intermediary Address:**

Back



## OUTGOING WIRE INQUIRY

Wire Details

| | |
|---|---|
| **Wire Type:** | USD (U.S. Dollar Account Wire) |
| **Silicon Valley Bank Transaction ID:** | 2018060812283125 (This is an internal SVB tracking number) |

### Wire Information

| | |
|---|---|
| **Debit Account:** | Kline Hill Partners Fund II ***1590 |
| **Processing Date:** | 06/08/2018 |
| **Entered by:** | Victoria Fosina |
| **Approver 1:** | Jared R. Barlow |
| **Approver 2:** | N/A |
| **Status:** | Sent |
| **Transaction Amount :** | 1,286,694.00  USD |
| **Payment Method:** | Wire |

### Beneficiary Details

| | |
|---|---|
| **IBAN:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Beneficiary Name:** | Decisive Wealth SA |
| **Beneficiary Address:** | Chemin de Grange-Canal 18-20 |
| | Switzerland |

### Beneficiary Bank Details

| | |
|---|---|
| **Beneficiary Bank Name:** | BARCLAYS BANK (SUISSE) S.A. |
| **Bank City and State:** | GENEVA |
| **Bank Country:** | Switzerland |
| **ABA or SWIFT Code:** | BARCCHGG |

### Remittance Information/Payment Instructions

**Originator-to-Beneficiary Instructions:**

### Bank-to-Bank Instructions

**Bank-to-Bank Instructions:**

### Intermediary Bank Instructions

**Intermediary Bank ID:**
**Intermediary Name:**
**Intermediary Address:**

Back