# **Exhibit 4**

**Verrill Dana LLP** Verrill Dana, LLP, One Portland Square, Portland, ME 04101

| 26632-1 | Civil Action Group, Ltd. | | 07/24/2020 | 841576 | $9,065.20 |
|---|---|---|---|---|---|
| **Invoice Number** | | **Invoice Date** | **Invoice Description** | | **Amount** |
| 282420-0001 | | 07/24/2020 | | | 9,065.20 |

| 26632-1 | Civil Action Group, Ltd. | | 07/24/2020 | 841576 | $9,065.20 |
|---|---|---|---|---|---|
| **Invoice Number** | | **Invoice Date** | **Invoice Description** | | **Amount** |
| 282420-0001 | | 07/24/2020 | | | 9,065.20 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**841576**

**Verrill Dana, LLP**
One Portland Square
Portland, ME 04101

Bank of America
One City Center
Portland, ME 04101

07/24/2020

**Amount**

Nine Thousand Sixty-Five and 20/100 Dollar(s) * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *     $9,065.20

**PAY TO THE ORDER:**

Civil Action Group, Ltd.
7800 Glenroy Road
Minneapolis, MN 55439

VERRILL DANA LLP

BY _[signature]_

Two Signatures Required for Amounts over $10,000

DULY AUTHORIZED

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈841576⑈



# Civil Action Group
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776

**QUOTE**
APS File No: 282420-0001
July 08, 2020

**BILL TO:**

VERRILL & DANA
Attn: Ms. Maura E. Hennessy
33 Riverside Avenue
Westport, CT  06880

Please make all checks payable to:

Civil Action Group, Ltd.

Case Name:      Kline Hill Partners Fund II LP  v  Khaled Bin Sultan Abdulaziz Al Saud
Attorney File #:
Subject:        Decisive Wealth, S.A.
Location:       1204 Geneva, Switzerland

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08-Jul-2020 | Hague Processing Fee | 1 | 360.00 | 360.00 | | |
| 08-Jul-2020 | Language: French | 1 | 8,488.00 | 8,488.00 | | |
| 08-Jul-2020 | Translation of Proof-French | 1 | 60.00 | 60.00 | | |
| 08-Jul-2020 | Copy Charges | 393 | 0.40 | 157.20 | | |
| | | **Total Charges:** | | 9,065.20 | | |

**Balance Due:**  $9,065.20

We accept Visa and Mastercard.

Page 1 of 1

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS QUOTE WITH PAYMENT.
APS Federal Tax ID #41-1954233

**Verrill Dana LLP** Verrill Dana, LLP, One Portland Square, Portland, ME 04101

| 26633-1 | Process Server One | | 07/24/2020 | 841577 | $2,052.00 |
|---|---|---|---|---|---|
| **Invoice Number** | | **Invoice Date** | **Invoice Description** | | **Amount** |
| 968 | | 07/24/2020 | | | 2,052.00 |

| 26633-1 | Process Server One | | 07/24/2020 | 841577 | $2,052.00 |
|---|---|---|---|---|---|
| **Invoice Number** | | **Invoice Date** | **Invoice Description** | | **Amount** |
| 968 | | 07/24/2020 | | | 2,052.00 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**841577**

Verrill Dana, LLP
One Portland Square
Portland, ME 04101

Bank of America
One City Center
Portland, ME 04101

07/24/2020

**Amount**

Two Thousand Fifty-Two and 00/100 Dollar(s) *********************************   $2,052.00

**PAY TO THE ORDER:**

Process Server One
555 Anton Boulevard, Suite 150
Costa Mesa, CA 92627

VERRILL DANA LLP

BY [signature]

Two Signatures Required for Amounts over $10,000

DULY AUTHORIZED

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈841577⑈



# INVOICE

**Process Server One**
555 Anton Blvd Ste 150
Costa Mesa, California 92627
United States

Phone: 855-545-1303
Fax: 833-329-8687
www.processserverone.com

**BILL TO**
**Verrill Law**
Maura E. Hennessy
355 Riverside Avenue
Westport, Connecticut 06880
United States

(203) 222-3115
mhennessy@verrill-law.com

**Invoice Number:** 968
**Invoice Date:** July 1, 2020
**Payment Due:** July 1, 2020
**Amount Due (USD):** $2,052.00

Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **International Process Servcie - Informal**<br>Riyadh, Saudi Arabia | 1 | $1,800.00 | $1,800.00 |
| **Copies/Print Fees** | 126 | $1.00 | $126.00 |
| **Copies/Print Fees** | 126 | $1.00 | $126.00 |
| | | **Total:** | $2,052.00 |

**Amount Due (USD):** $2,052.00



Pay Securely Online

link.waveapps.com/euamna-t8bh4u

**Notes / Terms**
Make check payable to Process Server One.

By paying this invoice, you acknowledge that you have reviewed and agreed to the terms and conditions on our website, ProcessServerOne.com. and 1privateinvestigator.com. All Sales are final and non-refundable. There is no guarantee of success.

Tax ID Number  83-0873668