UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KLINE HILL PARTNERS FUND II LP<br><br>               **Plaintiff,**<br><br>v.<br><br>HRH KHALED BIN SULTAN ABDULAZIZ AL SAUD, A SAUDI INDIVIDUAL, AND THE ESTATE OF THE LATE HRH PRINCESS M.B.A.B.M.A.S., ACTING THROUGH HRH PRINCE KHALED BIN SULTAN ABDULAZIZ AL SAUD, and DECISIVE WEALTH, S.A.<br><br>               **Defendants** | Civil Action No. 3:20-cv-00351-VLB |

## **DEFAULT JUDGMENT**

Defendant Decisive Wealth, S.A., now known as Decisive Capital Management SA, having failed to defend in this action, and a default having heretofore been entered against said Defendant; upon the Motion of the Plaintiff and upon Affidavit that said Defendant is indebted to the Plaintiff in the principal sum of $_____ plus interest thereon; that Decisive has been defaulted for failure to appear or to otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that the Plaintiff, Kline Hill Partners Fund II LP recover of the Defendant, Decisive Wealth, S.A. n/k/a Decisive Capital Management SA, the sum of $_____ plus costs and interest

according to law.  The case remains open as to the other defendants, Defendant HRH Khaled Bin Sultan Abdulaziz Al Saud and Defendant The Estate of The Late HRH Princess M.B.A.B.M.A.S., acting through HRH Prince Khaled Bin Sultan Abdulaziz Al Saud.

_____, 2021

          ROBIN D. TABORA

         By: _____
            Deputy Clerk

14851199_1