UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kline Hill Partners Fund II LP, <br><br> Plaintiff, <br><br> v. <br><br> Khaled Bin Sultan Abdulaziz Al Saud, Estate of the Late HRH Princess M.B.A.B.M.A.S., and Decisive Wealth, S.A., <br><br> Defendants. | No. 3:20-cv-00351-VLB <br><br><br><br><br><br><br><br><br> July 23, 2021 |

## CORPORATE DISCLOSURE STATEMENT

Per Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant Decisive Wealth, S.A., now known as Decisive Capital Management SA, states that Decisive Holdings SA owns 100% of the shares in Decisive Capital Management SA.

    Defendant,
    Decisive Wealth, S.A.,

    By: */s/ Zachary J. Phillipps*
    Steven M. Frederick (ct08743)
    Zachary J. Phillipps (ct30047)
    WOFSEY, ROSEN, KWESKIN
    & KURIANSKY, LLP
    600 Summer Street
    Stamford, CT 06901
    (203) 327-2300
    Fax: (203) 967-9273
    sfrederick@wrkk.com
    zphillipps@wrkk.com

**CERTIFICATION**

      I hereby certify that on July 23, 2021, a copy of the foregoing was filed electronically and served by email or regular mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email or regular mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          **/s/ Zachary J. Phillipps**
                                          **Zachary J. Phillipps (ct30047)**