UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KLINE HILL PARTNERS FUND II LP<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HRH KHALED BIN SULTAN ABDULAZIZ AL SAUD, A SAUDI INDIVIDUAL, AND THE ESTATE OF THE LATE HRH PRINCESS M.B.A.B.M.A.S., ACTING THROUGH HRH PRINCE KHALED BIN SULTAN ABDULAZIZ AL SAUD, and DECISIVE WEALTH, S.A.<br><br>　　　　　Defendants | Civil Action No. 3:20-cv-00351-SVN<br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 25, 2023 |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

Plaintiff Kline Hill Partners II L.P. and Defendants Decisive Wealth, S.A., (the "Parties") jointly move for an extension, until September 28, 2023, to file the stipulation of dismissal currently due on August 28, 2023. Docket No. 81.

In connection with settlement, the parties must perform certain acts, and the stipulation of dismissal should not be filed until such acts are completed. Defendant Decisive has had unexpected delays on its end but believes it will be able to complete its obligations shortly. The Parties believe that a thirty-day extension should suffice for completion of the necessary matters.

**WHEREFORE**, Plaintiff Kline Hill Partners II L.P. and Defendants Decisive Wealth, S.A. move for an enlargement of time for filing the stipulation of dismissal in the captioned action until September 28, 2023.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| KLINE HILL PARTNERS FUND II LP, | DECISIVE WEALTH, S.A. |
| By Its Attorneys, | By Its Attorneys, |
| */s/ Daniel J. Dwyer* | */s/ Zachary J. Phillipps* |
| Daniel J. Dwyer | Steven M. Frederick |
| Federal Bar No. phv10641 | Federal Bar No. ct08743 |
| VERRILL DANA LLP | Zachary J. Phillipps |
| One Federal Street, 20th Floor | Federal Bar No. ct30047 |
| Boston, MA 02110 | Wofsey, Rosen, Kweskin & Kuriansky, LLP |
| Tel: (617) 309-2600 | 600 Summer Street |
| Fax: (617) 309-2601 | Stamford, CT 06901 |
| Email: ddwyer@verrill-law.com | Tel: (203) 327-2300 |
| | Fax: (203) 967-9273 |
| Calvin K. Woo | Email: sfrederick@wrkk.com |
| Federal Bar No. ct24497 | zphillipps@wrkk.com |
| VERRILL DANA LLP | |
| 355 Riverside Avenue | |
| P.O. Box 5116 | |
| Westport, CT 06881 | |
| Tel: (203) 222-0885 | |
| Fax: (203) 226-8025 | |
| Email: cwoo@verrill-law.com | |

## CERTIFICATION

      I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                               */s/ Zachary J. Phillipps*
                                               Zachary J. Phillipps